IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:20-MJ-1090

IN THE MATTER OF THE SEARCH OF )
JOSE RAMON ARREOLA RE: )
ACCOUNTS THAT ARE STORED AT )
THE PREMISES CONTROLLED BY )
APPLE, INC. )
)
)

ORDER TO UNSEAL

Upon motion of the United States, it is hereby ORDERED that this case and all documents pertaining to it be unsealed.

This the __19th__ day of September, 2020.

_Kimberly A. Swank_
KIMBERLY A. SWANK
UNITED STATES MAGISTRATE JUDGE

1